ANDREW WILLIAMS et al., Respondents, *v.* JOHN S. GOULD
et al., Appellants.

(Argued May 22, 1872; decided September term, 1872.)

THIS action was brought to recover the purchase-price of a
quantity of horse-shoe iron alleged to have been sold by plain-
tiffs to defendants.

The principal question in the case was as to whether
there had been such an acceptance of the iron as to take a
parol contract for the sale thereof out of the operation of the
statute of frauds.   The majority of the court held there was
an acceptance, and that the sale was valid.

*Robert S. Hale* for the appellants.

*Smith M. Weed* for the respondents.

EARL, C., reads for affirmance; GRAY, C., for reversal.
All concur for affirmance, except GRAY, C., dissenting.
Judgment affirmed.